IPP International U.G. Declaration Exhibit A
File Hashes for IP Address 71.173.202.97

**ISP:** Verizon Fios
**Physical Location:** Camp Hill, PA

| Hit Date UTC | File Hash | Title |
| --- | --- | --- |
| 12/16/2017 19:09:33 | B0BDE8708FC36E831E1D82EE32A0D92D8C45BC23 | Your Luckiest Night |
| 12/03/2017 03:09:08 | 7E1C34A67F9932421E517E99748482743610E6A4 | Watch Me Cum For You |
| 11/26/2017 18:20:34 | A858B2244C2AD078007EA9B3D6897180F2F60BC9 | Into The Lions Mouth |
| 08/17/2017 12:28:01 | 26AB36591F61C14285B4827589BD256A788D8552 | Sultry Hot Summer |
| 11/16/2016 03:33:41 | D6447DA58D2069CCBF3E9ED95E99340CF90CCD9A | Cum For A Ride |
| 11/04/2016 00:12:09 | 58B0FA247D2CC74F0339667345AE27AB0BB404D1 | Caprice Swaps Cocks |
| 10/16/2016 14:18:06 | C851B2D8685DDA812635FEDAE85F618DF077DBF1 | Forbidden Fruit |
| 06/26/2016 03:07:11 | AD478D7FB2ADE03C23216220C34BB862B84639BD | In the Garden of Ecstasy |

**Total Statutory Claims Against Defendant: 8**